UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALBERT T. OWENS, JR.,
Inmate No. 193166,
    Plaintiff,

v.                                        Case No.: 3:15cv272/MCR/EMT

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,
    Defendants.
_____/

**O R D E R**

        This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 5, 2015. (Doc. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

        Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows:

        1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

        2.    Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety.

        3.    All pending motions are **DENIED** as moot.

        **DONE AND ORDERED** this 21st day of August 2015.

                                                               *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS**
                                                      **CHIEF UNITED STATES DISTRICT JUDGE**